IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**BENJAMIN MICKEY PITTS**
**ADC #148011**                                                                                                                                 **PETITIONER**

VS.                              NO. 4:22-cv-00756-JM-ERE

**DEXTER PAYNE,**
Director Arkansas Division of Correction                                                             **RESPONDENT**

## ORDER

The Court has received a Recommendation from Magistrate Judge Edie R. Ervin and the objections filed by Petitioner Benjamin Mickey Pitts. After careful *de novo* review of the Recommendation, objections, and pertinent portions of the record, the Court approves and adopts the Recommendation in all respects.

IT IS THEREFORE ORDERED that:

1. The Petition for Writ of Habeas Corpus is DISMISSED with prejudice, and Judgment will be entered accordingly.

2. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal of this Order and accompanying Judgment would not be taken in good faith.

DATED this 27th day of June, 2023.

UNITED STATES DISTRICT JUDGE