IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**BENJAMIN MICKEY PITTS**
**ADC #148011**                                                             **PETITIONER**

**VS.**               **NO. 4:22-cv-00756-JM-ERE**

**DEXTER PAYNE,**
**Director Arkansas Division of Correction**               **RESPONDENT**

## JUDGMENT

Consistent with the Order entered today, this case is DISMISSED with prejudice.

IT IS SO ORDERED this 27th day of June, 2023.

_____
UNITED STATES DISTRICT JUDGE